DOUGLAS SCOTT MAYNARD (SBN 90649)
LAWRENCE M. BOESCH (SBN 114658)
LAW OFFICES OF MAYNARD & HOGAN
1475 S. Bascom Avenue, Suite 115
Campbell, California  95008
Telephone:  (408) 559-8990
Facsimile:  (408) 559-7860

**E-filed 10/4/05**

Attorneys for Respondent
IDEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY, INC., an Illinois Corporation,<br><br>        Petitioner,<br><br>v.<br><br>IDEC CORPORATION, a California Corporation,<br><br>        Respondent.<br>_____<br>AND RELATED, REMOVED AND STAYED STATE ACTION | Case No. C01-20821 JF ARB; and<br>Case No. C02-01723  JF PVT<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT** AND ORDER CONTINUING CMC<br>[L.R. 235-3 and 16-14]<br><br>DATE:  10/07/05<br>TIME:  10:30 a.m.<br>DEPT:   3<br>JUDGE: The Honorable Jeremy D. Fogel |

     As reported in the Joint Supplemental Case Management Conference Statement e-filed on or about August 29, 2005, the hearings of the Panel appointed by this Court under an order granting Plaintiff's motion to compel appraisal, were held in

1

1 August 2005. The Panel took sworn testimony and documentary
2 evidence, heard oral argument and received closing briefing, and
3 took the matter under submission.
4
5 　　　As of the date of this Supplemental Case Management
6 Conference Statement, an award from the Panel has not yet been
7 issued.
8 　　　It is respectfully submitted that the Court might continue
9 the Case Management Conference until some time in November 2005,
10
11 in the prospect that there may be more time needed for the Panel
12 to reach its award.

13 DATED:   September 27, 2005        LAW OFFICES OF CLIFFORD HIRSCH
                                     A PROFESSIONAL CORPORATION
14
15
16                                   By:  /s/
                                          CLIFFORD HIRSCH, ESQ.
17                                        Attorneys for Petitioner
18
19 DATED:   September 27, 2005        LAW OFFICES OF MAYNARD & HOGAN
20
21                                   By:  /s/
                                          LAWRENCE M. BOESCH, ESQ.
22                                        Attorneys for Respondent
23

The Case Management Conference is continued to November 18, 2005 at 10:30 A.M.

IT IS SO ORDERED 10/4/05            Judge Jeremy Fogel /s/electronic signature
                                    United States District Court

C:\wp51\dsm\idec\amico\Supp CMC Stmt.04

2

JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT
Case No. C01-20821 JF ARB
Case No. C-2-1723 JF PVT