CLIFFORD HIRSCH SBN 102085
BARRETT B. BRAUN SBN 139159
CLIFFORD HIRSCH, A PROFESSIONAL LAW CORPORATION
100 Pringle Avenue, Suite 415
Walnut Creek, CA 94596
Tel: (925) 935-9800
Fax: (925) 935-9825

Attorneys for Petitioner
American Motorists Insurance Company, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN MOTORISTS INSURANCE COMPANY, INC., an Illinois corporation,<br><br>　　　Petitioner,<br><br>vs.<br><br>IDEC CORPORATION, a California Corporation<br><br>　　　Respondent. | CASE NO: C 01-20821 JF ARB<br>CASE NO: C 02-1723-JF/PVT<br><br>**JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT AND ORDER**<br><br>[Local Rule 235-3 and 16-14]<br><br>**DATE: 11/18/2005**<br>**TIME: 10:30 A.M.**<br>**DEPT. 3**<br>**JUDGE: Hon. Jeremy Fogel** |

　　　As reported in the Joint Supplemental Case Management Statement e-filed on or about September 29, 2005, the appraisal hearing is complete and the panel continues to deliberate.

　　　As of the date of this Supplemental Case Management Statement, an award from the Panel has not yet been issued. However, the parties were notified by letter from the Umpire that the appraisal panel met in his office during the week of October 27, 2005 for further deliberations.

　　　It is respectfully submitted that the Court might continue

CLIFFORD HIRSCH
*A Professional Law Corp.*
100 Pringle Avenue, Ste 415
Walnut Creek, CA 94596
Tel: (925) 935-9800
Fax: (925) 935-9825

1

JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT
NOVEMBER 2005

1 the Case Management Conference until some time in December, 2005,
2 to allow more time for the Panel to reach its award.
3
4 DATED: November 7, 2005           CLIFFORD HIRSCH
                                    A Professional Law Corporation
5
6
7                                   By:_____
                                        Barrett Braun
                                        Attorney for Petitioner
8                                       American Motorists Insurance
                                        Company, Inc.
9
10 DATED: November 7, 2005          LAW OFFICES OF MAYNARD & HOGAN
11
12                                  By:_____
                                        Lawrence M. Boesch
13                                      Attorney for Respondent
                                        Idec Corporation
14
15
16 **Case Management Conference continued to 12/16/05 at 10:30 a.m.**
17
18 **Dated: 12/14/05**                    **s/electronic signature authorized**
                                          **Hon. Jeremy Fogel**
19                                        **U.S. District Judge**
20
21
22
23
24
25
26
27
28

**CLIFFORD HIRSCH**
*A Professional Law Corp.*
100 Pringle Avenue, Ste 415
Walnut Creek, CA 94596
Tel: (925) 935-9800
Fax: (925) 935-9825

2
JOINT SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT
NOVEMBER2005