**United States District Court**
For the Northern District of California

*E-FILED*
**August 31, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDEC CORPORATION, | No. C 02-01723 JF (RS) |
| Plaintiffs, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| AMERICAN MOTORISTS INSURANCE CO., et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

By letter dated August 30, 2006, American Motorists Insurance Company, Inc., through its counsel, Alan H. Lazar, requested that its representative be excused from personally appearing at the settlement conference scheduled for September 12, 2006. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Joseph Henderson be available by telephone from 9:30 a.m. Pacific Daylight Time until further notice on September 12, 2006.

If the court concludes that the absence of Joseph Henderson is interfering with the settlement conference, the Court may continue the settlement conference and may order personal

///

///

**United States District Court**
For the Northern District of California

1  attendance by each party, including Mr. Henderson.
2      IT IS SO ORDERED.
3
4  Dated:  August 31, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Barrett B. Braun     bbraunlaw@ yahoo.com

Thomas Scott Flynn     tflynn@crcllp.com, atom@crcllp.com

Clifford Hirsch     chirschlaw@ yahoo.com, jlambert@chirschlaw.com

Alan H. Lazar     alazar@crcllp.com

Douglas Scott Maynard     maynardlawoffices@earthlink.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: August 31, 2006

                CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                By:     /s/ *BAK*

**United States District Court**
For the Northern District of California