**\*\*E-filed 9/14/06\*\***

1. ALAN H. LAZAR (SBN 046308)
   THOMAS S. FLYNN (SBN 194231)
2. **CHARLSTON, REVICH & CHAMBERLIN LLP**
   1925 Century Park East, Suite 1250
3. Los Angeles, California 90067-2746
   Telephone: (310) 551-7000; Facsimile: (310) 203-9321
4. 
5. CLIFFORD HIRSCH (SBN 102085)
   BARRETT B. BRAUN (SBN 139159)
   **CLIFFORD HIRSCH, A PROFESSIONAL LAW CORPORATION**
6. 100 Pringle Avenue, Suite 415
   Walnut Creek, California 94596
7. Telephone: (925) 935-9800; Facsimile: (925) 935-9825

8. Attorneys for Defendants
   AMERICAN MOTORISTS INSURANCE COMPANY and
9. AMERICAN PROTECTION INSURANCE COMPANY

10. DOUGLAS SCOTT MAYNARD (SBN 102085)
    **MAYNARD LAW OFFICES**
11. 1475 South Bascom Avenue, Suite 115
    Campbell, California 95008
12. Telephone: (408) 559-8990; Facsimile: (408) 559-7860

13. Attorneys for Plaintiff
    IDEC CORPORATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDEC CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN MOTORISTS INSURANCE COMPANY, INC., KEMPER NATIONAL INSURANCE COMPANIES, AMERICAN PROTECTIVE INSURANCE COMPANY, and DOES 1 THROUGH 20, INCLUSIVE,<br><br>        Defendants. | CASE NO.: CV 02-01723 JF (RS)<br><br>**STIPULATION TO CONTINUE SEPTEMBER 15, 2006 CASE MANAGEMENT CONFERENCE TO OCTOBER 13, 2006; DECLARATION OF THOMAS S. FLYNN**<br><br>Date:    September 15, 2006<br>Time:    9:00 a.m.<br>Judge:   Hon. Jeremy Fogel<br>Dept.:   3 |

1   Plaintiff IDEC Corporation and defendants American Motorists Insurance Company, Inc.,
2   and American Protection Insurance Company hereby stipulate to an Order continuing the
3   September 15, 2006 Case Management Conference ("CMC") until October 13, 2006.
4   As set forth in the Thomas S. Flynn Declaration, below, good cause exists for such an
5   Order because the Court ordered the September 15, 2006 CMC in anticipation of a Settlement
6   Conference before Magistrate Seeborg before that date. Magistrate Seeborg scheduled the
7   Settlement Conference for September 12, 2006. However, Magistrate Seeborg had to continue
8   the Settlement Conference because of an emergency motion on September 12, 2006.
9   Accordingly, the CMC is moot. Moreover, good cause exists to hear the CMC on October 13,
10  2006, as the Court will also hear IDEC's Motions to Strike and Dismiss on that date.

11                                      Respectfully submitted,

12                                      MAYNARD LAW OFFICES
13                                      DOUGLAS SCOTT MAYNARD

14  DATED: September ___, 2006          By: _____
                                            Douglas S. Maynard
15                                          Attorneys for Plaintiff
                                            IDEC CORPORATION
16

17                                      CHARLSTON REVICH & CHAMBERLIN LLP
                                        ALAN H. LAZAR
18                                      THOMAS S. FLYNN

19  DATED: September 14, 2006           By: _____
                                            Thomas S. Flynn
20                                          Attorneys for Defendants
                                            AMERICAN MOTORISTS INSURANCE
21                                          COMPANY and AMERICAN PROTECTION
                                            INSURANCE COMPANY
22

23

24  PURSUANT TO STIPULATION, IT IS SO ORDERED:

25
    DATED: September 14, 2006           By: _____
26                                          HON. ~~RICHARD SEEBORG~~  Jeremy Fogel
27                                          United States ~~Magistrate~~ Judge
                                                           District
28

1.     Plaintiff IDEC Corporation and defendants American Motorists Insurance Company, Inc., and American Protection Insurance Company hereby stipulate to an Order continuing the September 15, 2006 Case Management Conference ("CMC") until October 13, 2006.

    As set forth in the Thomas S. Flynn Declaration, below, good cause exists for such an Order because the Court ordered the September 15, 2006 CMC in anticipation of a Settlement Conference before Magistrate Seeborg before that date. Magistrate Seeborg scheduled the Settlement Conference for September 12, 2006. However, Magistrate Seeborg had to continue the Settlement Conference because of an emergency motion on September 12, 2006. Accordingly, the CMC is moot. Moreover, good cause exists to hear the CMC on October 13, 2006, as the Court will also hear IDEC's Motions to Strike and Dismiss on that date.

Respectfully submitted,

MAYNARD LAW OFFICES
DOUGLAS SCOTT MAYNARD

DATED: September 14, 2006

By: _____
Douglas S. Maynard
Attorneys for Plaintiff
IDEC CORPORATION


CHARLSTON REVICH & CHAMBERLIN LLP
ALAN H. LAZAR
THOMAS S. FLYNN

DATED: September ___, 2006

By: _____
Thomas S. Flynn
Attorneys for Defendants
AMERICAN MOTORISTS INSURANCE COMPANY and AMERICAN PROTECTION INSURANCE COMPANY

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: September ___, 2006

By: _____
HON. RICHARD SEEBORG
United States Magistrate Judge

## DECLARATION OF THOMAS S. FLYNN

I, Thomas S. Flynn, declare as follows:

1. I am an attorney at law duly licensed to practice before all of the courts of the State of California, and before the United States District Court for the Northern District of California. I am an associate with Charlston, Revich & Chamberlin, LLP ("CRC"), attorneys of record for defendants American Motorists Insurance Company, Inc., and American Protection Insurance Company (collectively, "Defendants"). I have personal knowledge of the matters set forth herein. If called to testify to such matters, I could and would competently do so.

2. On August 4, 2006, this Court set a Case Management Conference ("CMC") on September 15, 2006, and ordered the parties participate in a Settlement Conference before Magistrate Seeborg before that date.

3. On August 14, 2006, Magistrate Seeborg set the Settlement Conference on September 12, 2006.

4. On September 5, 2006, my colleague Alan Lazar notified me that Magistrate Seeborg took the Settlement Conference off-calendar. On September 14, 2006, I spoke with Magistrate Seeborg's secretary, who confirmed that on September 5, 2006, she had notified Mr. Lazar the Settlement Conference was off-calendar. She further stated that Magistrate Seeborg took the Settlement Conference off-calendar because he had to hear an emergency motion on September 12, 2006.

5. As a result, the September 15, 2006, CMC is moot.

6. Accordingly, defendants request that the Court continue the CMC to October 13, 2006, the date the Court will hear IDEC's Motions to Dismiss and Strike.

7. I spoke with Plaintiff's counsel, Douglas Scott Maynard, this morning. Mr. Maynard agreed to stipulate to continue the CMC until October 13, 2006.

Executed September 14, 2006.

I declare under penalty of perjury that the forgoing is true and correct.

Thomas S. Flynn