*E-FILED*
September 22, 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IDEC CORPORATION,

    Plaintiff,

v.

AMERICAN MOTORISTS
INSURANCE CO., et al.,

    Defendants.
_____/

No. C 02-01723 JF (RS)

**ORDER RESCHEDULING
SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    IT IS HEREBY ORDERED that the settlement conference previously scheduled for **September 12, 2006** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **November 20, 2006 at 9:30 a.m**.

    Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Orders, dated August 14, 2006 and August 31, 2006, shall remain in effect.

///

///

1      The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles
2 prior to the date set for settlement conference.

4 Dated:   September 22, 2006

   _____
   RICHARD SEEBORG
   United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Barrett B. Braun    bbraunlaw@ yahoo.com

Thomas Scott Flynn    tflynn@crcllp.com, atom@crcllp.com

Clifford Hirsch    chirschlaw@ yahoo.com, jlambert@chirschlaw.com

Alan H. Lazar    alazar@crcllp.com

Douglas Scott Maynard    maynardlawoffices@earthlink.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: September 22, 2006

                                CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                                By:    /s/ *BAK*