**E-filed 1/5/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IDEC CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MOTORISTS INSURANCE CO., INC.,<br><br>Defendant. | Case No. C 02-1723 JF (RS)<br><br>ORDER DENYING AMICO'S LETTER REQUEST FOR CONTINUANCE OF JANUARY 12, 2007 CASE MANAGEMENT CONFERENCE<br><br>(re: doc. no. 113) |

The Court has received AMICO's letter request filed January 3, 2006, requesting a continuance of the January 12, 2007 case management conference, as well as IDEC's letter brief in opposition filed the same date. AMICO's request for continuance is DENIED. The Court will take up the matter of whether further settlement efforts are warranted at the case management conference, which remains scheduled for January 12, 2007 at 10:30 a.m.

IT IS SO ORDERED.

DATED: January 5, 2007

_____
JEREMY FOGEL
United States District Judge

1 | Copies of Order served on:

3 | Barrett B. Braun     bbraunlaw@ yahoo.com

5 | Thomas Scott Flynn     tflynn@crcllp.com, atom@crcllp.com

6 | Clifford Hirsch     chirschlaw@ yahoo.com, jlambert@chirschlaw.com

8 | Alan H. Lazar     alazar@crcllp.com

10 | Douglas Scott Maynard     maynardlawoffices@earthlink.net

2

Case No. C 02-1723 JF (RS)
ORDER DENYING AMICO'S LETTER REQUEST FOR CONTINUANCE OF JANUARY 12, 2007 CMC
(JFLC2)