**\*E-FILED\***
**March 2, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDEC CORPORATION,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN MOTORISTS INSURANCE COMPANY, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C 02-01723 JF (RS)<br><br>**ORDER RESCHEDULING SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

    IT IS HEREBY ORDERED that the settlement conference scheduled for **March 1, 2006** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **April 10, 2007 at 9:30 a.m**.

    The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles prior to the date set for settlement conference.

Dated:  March 2, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Barrett B. Braun    bbraunlaw@ yahoo.com

Thomas Scott Flynn    tflynn@crcllp.com, atom@crcllp.com

Clifford Hirsch    chirschlaw@ yahoo.com, jlambert@chirschlaw.com

Alan H. Lazar    alazar@crcllp.com

Douglas Scott Maynard    maynardlawoffices@earthlink.net

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: March 2, 2007

                              CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                              By:    /s/ *BAK*