CLIFFORD HIRSCH, Esq. (State Bar Number: 102085)  **E-filed 5/4/07**
BARRETT B. BRAUN, Esq. (State Bar Number: 139159)
CLIFFORD HIRSCH, A PROFESSIONAL LAW CORPORATION
100 Pringle Avenue, Suite 415
Walnut Creek, CA 94596
Tel: (925) 935-9800
Fax: (925) 935-9825

ALAN H. LAZAR, Esq. (State Bar Number:046308)
THOMAS S. FLYNN, Esq. (State Bar Number: 194231)
CHARLSTON, REVICH & CHAMBERLIN LLP
1925 Century Park East, Suite 1250
Los Angeles, CA 90067-1746
Tel: (310) 551-7000
Fax: (310) 203-9321

Attorneys for Defendant
American Motorists Insurance Company and
American Protection Insurance Company

DOUGLAS SCOTT MAYNARD, Esq. (State Bar Number: 90649)
MAYNARD LAW OFFICE
1475 South Bascom Avenue, Suite 115
Campbell, CA 95008
Tel: (408) 559-8990
Fax: (408) 559-7860

Attorneys for Plaintiff
IDEC Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IDEC CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN MOTORISTS INSURANCE COMPANY, INC., KEMPER NATIONAL INSURANCE COMPANIES, AMERICAN PROTECTIVE INSURANCE COMPANY, and DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | CASE NO: CV 02-1723 JF/RS<br><br>*[Assigned to the Honorable Jeremy Fogel Department 3]*<br><br>**STIPULATION FOR DISMISSAL**<br><br>**[FRCP, Rule 41(a)(1)(ii)]** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and the settlement agreement between the parties that was placed on the record, plaintiff IDEC CORPORATION

CLIFFORD HIRSCH
A Professional Law Corp.
100 Pringle Avenue, Ste 415
Walnut Creek, CA 94596
Tel: (925) 935-9800
Fax: (925) 935-9825

1 and defendants AMERICAN MOTORISTS INSURANCE COMPANY, INC., and AMERICAN
2 PROTECTION INSURANCE COMPANY hereby stipulate to dismiss the Complaint and
3 Amended Counterclaim with prejudice.

DATED: April MAY 2, 2007

CLIFFORD HIRSCH
A Professional Law Corporation

By: *[signature]*
Clifford Hirsch
Attorneys for Defendant
American Motorists Insurance Co. and
American Protection Insurance Co.

Dated: April 2, 2007

MAYNARD LAW OFFICES

By: *[signature]*
Douglas Scott Maynard
Attorneys for Plaintiff
IDEC Corporation

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: _____May 4_____, 2007

By: *[signature]*
Honorable Jeremy Fogel
United States District Judge

CLIFFORD HIRSCH
A Professional Law Corp.
100 Pringle Avenue, Ste 415
Walnut Creek, CA 94596
Tel: (925) 935-9800
Fax: (925) 935-9825

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |

2   I declare that I am employed in the County of Contra Costa, California. I am over the age

3 of 18 years, and not a party to the within cause; my business address is 100 Pringle Avenue, Suite

4 415, Walnut Creek, California 94596.

5   On May 2, 2007 I served the following document(s):

6   **STIPULATION FOR DISMISSAL**

7 [X]   **VIA FIRST CLASS MAIL** (CCP §§ 1012a, et seq.), on the parties in said action, and by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Contra Costa County. I declare that I am readily familiar with the firm's collection and processing of correspondence for mailing. It is deposited with the United States Postal Service that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

12 [ ]   **VIA FACSIMILE** (CCP § 1012.5). I caused the said document(s) to be transmitted by Facsimile machine to the number indicated after address(es) noted herein. The facsimile transmission was reported complete and without error. The facsimile report was properly issued by the facsimile machine and is attached hereto.

15 [ ]   **VIA FEDERAL EXPRESS** (CCP §§ 1011, 1012). I enveloped, properly labeled, and caused to be deposited into a Federal Express pick-up receptacle as per the regular practice of this office.

Document(s) delivered as indicated above to the following:

<u>Attorney for Respondent IDEC Corporation</u>
Douglas Scott Maynard, Esq.
Law Offices of Maynard & Hogan
Creekside Business Mall
1475 S. Bascom Avenue  Suite 115
Campbell, CA 95008
Tel: (408) 559-8790
Fax: (408) 559-7860

22   I declare under penalty of perjury under the laws of the State of California that the

23 foregoing is true and correct and that this Proof of Service was executed on May 2, 2007 at

24 Walnut Creek, California.

*/s/ Nancy Menefee*
Nancy Menefee

CLIFFORD HIRSCH
*A Professional Law Corporation*
100 Pringle Avenue, Suite 415
Walnut Creek, CA 94596
Tel: (925) 935-9800
Fax: (925) 935-9825

1

pos.a